■ Sharon Rosenberg, Individually and as Executrix of Joel Rosenberg, Deceased, Respondent, v Alpha Wire Company et al., Defendant, and Belden Wire & Cable Company, Appellant. [851 NYS2d 353]—Appeal from an order, Supreme Court, New York County (Helen E. Freedman, J.), entered September 11, 2007, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Saxe, Gonzalez and Sweeny, JJ.

■ The People of the State of New York, Respondent, v Juan Correa, Appellant. [851 NYS2d 354]—Order, Supreme Court, New York County (Carol Berkman, J.), entered on or about April 26, 2006, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Mazzarelli, J.P., Andrias, Saxe, Gonzalez and Sweeny, JJ.